IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FPS NETWORKS, INC | ) |
| Plaintiff | ) |
| v. | ) Civil Action 1:18cv1248-LO-MSN |
| IOGAMESPACE.COM, et al | ) |
| Defendants | ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Michael S. Nachmanoff ("Recommendation") on December 27, 2018, (Dkt. 20). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was January 15, 2019. To date, no objections have been filed.

After reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 20).

It is hereby **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 16) is **GRANTED** in favor of FPS Networks. Inc., and against the domain names IOGameSpace.com and IOGamesSpace.com.

It is hereby **ORDERED** that registrar VeriSign transfer the registration for the domain names IOGameSpace.com and IOGamesSpace.com to Plaintiff's registrar of choice, GoDaddy.

It is hereby **ORDERED** that Count II of the Plaintiff's Complaint is dismissed for the reasons set forth in the Recommendation.

Liam O'Grady
United States District Judge

March 12, 2019
Alexandria, Virginia